UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DJENABA DIALLO,                          :   Case No: 25-cv-01752 (GHW)
                                         :
                       Plaintiff,        :   **STIPULATION**
                                         :
        -against-                        :
                                         :
HELENE FULD COLLEGE OF NURSING,          :
                                         :
                       Defendant.        :
------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND** AGREED by and between the undersigned, attorneys for the parties herein, that: (1) Defendant's attorneys hereby accept service of process of the Summons and Complaint filed in this action; (2) Defendant waives any objections based on personal jurisdiction; and (3) Defendant's time to answer or move with respect to the Complaint shall be thirty (30) days from the date of this Stipulation. The parties further agree that this Stipulation may be executed in counterparts and facsimile, "jpeg" and pdf signatures shall be deemed originals for all purposes.

| THE PARKER LAW GROUP P.C. | MANTEL McDONOUGH RISO LLP |
|---|---|
| Date: March 18, 2025 | Date: March 18, 2025 |
| By: _/s/ Glen Howard Park_ | By: _/s/ Gerard A. Riso_ |
| Glen Howard Park, Esq. | Gerard A. Riso, Esq. |
| 28 Valley Road | 410 Park Avenue, 17th Floor |
| Montclair, New Jersey 07042 | New York, New York 10022 |
| (347) 292-9042 | (212) 599-1515 |
| ghp@parkerlawusa.com | Gerard.Riso@MMRllp.com |