```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                      :
DJENABA DIALLO,                                       :
                                                      :
                            Plaintiff,                :        1:25-cv-1752-GHW
                                                      :
              -against-                               :        ORDER
                                                      :
HELENE FULD COLLEGE OF NURSING,                       :
                                                      :
                            Defendant.                :
                                                      :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/2025

GREGORY H. WOODS, District Judge:

On March 18, 2025, the parties in this case filed a proposed stipulation. Dkt. No. 7. The parties do not request that the Court take any action. Accordingly, the Court does not take any action with respect to the proposed stipulation at Dkt. No. 7 at this time.

The Court notes, however, that the parties' March 18, 2025 stipulation, absent court order, is not effective to extend the time to answer or otherwise respond to the complaint. Any request should be made in accordance with the Court's Individual Rules of Practice in Civil Cases (the "Individual Rules"). The Court's Individual Rules contain a specific provision related to requests for extensions of time. Individual Rule 1(e). Pursuant to Individual Rule 1(e), all requests for extensions of time must be made by letter. The Court will consider any request that complies with the Court's Individuals Rules.

SO ORDERED.

Dated: March 22, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge