# THE PARKER LAW GROUP P.C.

28 VALLEY ROAD
MONTCLAIR, NEW JERSEY 07042
PHONE: 347-292-9042
ghp@parkerlawusa.com

June 9, 2025

<u>Via ECF</u>
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York

    **Re:**    *Djenaba Diallo v. Helene Fuld College of Nursing*

    **Docket No. 1:25-cv-01752 (GHW) (SN)**

Dear Judge Woods:

    We represent the plaintiff in the above-entitled action. On behalf of all the parties, we write to respectfully ask the Court to issue an Order referring this action to the S.D.N.Y. mediation program. During the May 13, 2025 conference with Your Honor, the parties discussed having the Court refer the action to the S.D.N.Y. mediation program and the parties now respectfully ask the Court to issue such referral. Thank you for your time and attention to this matter. With kindest regards, I am

                                    very truly yours,

                                    Glen H. Parker, Esq.