USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                              :
DJENABA DIALLO,                                    :
                                                              :
                                           Plaintiff,   :                   1:25-cv-1752-GHW
                                                             :
                      -against-                      :        MEDIATION REFERRAL
                                                             :                        ORDER
HELENE FULD COLLEGE OF NURSING,    :
                                                              :
                                       Defendant.    :
-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

        It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation program. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling order issued by this Court without leave of this Court.

        The Clerk of Court is directed to terminate the motion pending at Dkt. No. 18.

        SO ORDERED.

Dated: June 10, 2025
New York, New York

                                                GREGORY H. WOODS
                                            United States District Judge